CBL.14831

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION**

| | | |
|---|---|---|
| **DEBBIE NGUYEN,** *Plaintiff,* | § § § | |
| v. | § § | CIVIL ACTION NO. 3:23-cv-00338 |
| **JEFFERSON WHITFIELD and SOUTH EAST CARRIERS, INC.,** *Defendants.* | § § § § | |

**NOTICE OF REMOVAL**

TO THE HONORABLE JUDGE OF SAID COURT:

Pursuant to 28 U.S.C. §§ 1332(a), 1441, and 1446, **SOUTH EAST CARRIERS, INC.**, Defendant in Cause Number 23DCV0703 in the 253rd Judicial District Court of Chambers County, Texas, file this Notice of Removal from that Court to the United States District Court for the Southern District of Texas, Houston Division, on the basis of diversity of citizenship and would respectfully show as follows:

**I.**
*Background Facts*

1. The instant suit arises from an automobile accident that occurred in Houston, Texas on October 7, 2021. Plaintiff was traveling East in the right most lane on Interstate-10 east of Houston, Texas. Plaintiff had come to a complete stop on the highway due to heavy truck when Defendant Whitfield struck Plaintiff's vehicle from behind.

2. Plaintiff, a resident of Travis County, Texas, sued Defendants Whitfield, and his employer, South East Carriers, Inc. in the 253rd District Court of Chambers County. *See* Appendix, Plaintiff's Original Petition.

4871-9399-3094, v. 1

3. South East Carriers, Inc. was served with a citation for the State Court Suit, and first received the initial pleading in the State Court Suit, on the 26th day of September, 2023. South East Carriers, Inc. filed its answer in the State Court Suit on the 12th day of October, 2023. Pursuant to 28 U.S.C. §1446(b), South East Carriers, Inc. removes the case within 30 days of receipt of the initial pleading.

4. All process, pleadings, orders, and other filings in the State Court are attached to this notice as required by 28 U.S.C. §1446(a).

5. Venue is proper in this district under 28 U.S.C. §1446(a) because this district and division embrace the place in which the removed action was pending.

6. South East Carriers, Inc. will promptly file a copy of this notice of removal with the clerk of the state court in which the action has been pending and give written notice of the filing to Plaintiff.

7. Plaintiff has demanded a jury in the State Court Suit.

## II.
### *Basis for Removal*

8. This Court has original jurisdiction under 28 U.S.C. § 1332 over this civil action, and the action may be removed pursuant to 28 U.S.C. §§ 1441 and 1446, in that: (1) the amount in controversy exceeds the sum of $75,000; and (2) it is a civil action between citizens of different states.

A. **The Amount in Controversy Exceeds $75,000**

9. The amount in controversy exceeds $75,000, exclusive of interest, costs, and attorney fees. In determining the amount in controversy, the court may consider "policy limits…penalties, statutory damages, and punitive damages."[1]

10. The Plaintiff's original Petition, at Paragraph 1, states that the Plaintiff seeks monetary relief of more than $1 million. *See* Appendix. This representation clearly demonstrates that the amount in controversy in this case exceeds the jurisdictional requirements.

B. **Complete Diversity of Citizenship Exists**

11. Removal is proper because there is complete diversity between the parties.[2] Plaintiff is, and was at the time the State Court Suit was filed, a citizen of the State of Texas for diversity purposes.

12. Defendant South East Carriers, Inc. is incorporated in the State of Tennessee with its principal place of business in Lawrenceburg, Tennessee.

13. Defendant Jefferson Whitfield was a citizen of the State of Tennessee, and upon information and belief is a resident of Pulaski, Tennessee. He is currently deceased.

---

1   *St. Paul Reinsurance Co., Ltd. v. Greenberg*, 134 F.3d 1250, 1253 (5th Cir. 1998); *see Ray v. State Farm Lloyds*, No. CIV.A.3:98-CV-1288-G, 1999 WL 151667, at *2-3 (N.D. Tex. 1999) (finding a sufficient amount in controversy in plaintiff's case against their insurance company for breach of contract, fraud, negligence, gross negligence, bad faith, violations of the Texas Insurance Code, violations of the Texas Deceptive Trade Practices Act, and mental anguish); *Fairmont Travel, Inc. v. George S. May Int'l Co.*, 75 F. Supp. 2d 666, 668 (S.D. Tex. 1999) (considering DTPA claims and the potential for recovery of punitive damages for the amount in controversy determination); *Chittick v. Farmers Ins. Exch.*, 844 F. Supp. 1153, 1155 (S.D. Tex. 1994) (finding a sufficient amount in controversy after considering the nature of the claims, the types of damages sought and the presumed net worth of the defendant in a claim brought by the insureds against their insurance company for actual and punitive damages arising from a claim they made for roof damages).

4871-9399-3094, v. 1

### III.
### *Consent of All Defendants*

14. In accordance with 28 U.S.C. §1441(a), all defendants in this case who have been properly joined and served have consented to this removal.

WHEREFORE, **SOUTH EAST CARRIERS, INC.**, as a party in diversity with the Plaintiff, respectfully requests that this action be immediately and entirely removed upon filing this Notice of Removal to the United States District Court for the Southern District of Texas, Houston Division, and for such other and further relief to which it may show itself to be justly entitled.

Respectfully submitted,

**FEE, SMITH, & SHARP, L.L.P.**

_____
**BRIAN CANO**
State Bar No. 24045613
Southern District No.:622595
**STEPHEN MENGIS**
State Bar No. 24094842
Southern District No.: 2963023
2777 Allen Parkway, Suite 800
Houston, Texas 77019
Telephone: (713) 362-8300
Facsimile:  (713) 362-8302

**ATTORNEYS FOR DEFENDANT**
**SOUTH EAST CARRIERS, INC.**

---

2   28 U.S.C. § 1332(a); *Laughlin v. Kmart Corp.*, 50 F.3d 871, 873 (10th Cir. 1995).
4871-9399-3094, v. 1

## **CERTIFICATE OF SERVICE**

THIS WILL CERTIFY that a true and correct copy of the foregoing instrument has been mailed, telecopied or hand delivered to all attorneys of record in this cause of action on the 12th day of October, 2023.

_____
**BRIAN CANO**

4871-9399-3094, v. 1