CBL.14831

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**GALVESTON DIVISION**

| | | |
|---|---|---|
| **DEBBIE NGUYEN,** | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | **CIVIL ACTION NO. 3:23-cv-00338** |
| | § | |
| **JEFFERSON WHITFIELD and** | § | |
| **SOUTH EAST CARRIERS, INC.,** | § | |
| *Defendants*. | § | |

**AGREED MOTION TO DISMISS WITH PREJUDICE**
**PURSUANT TO SETTLEMENT AGREEMENT**

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, Plaintiff, DEBBIE NGUYEN, Defendants, JEFFERSON WHITFIELD and SOUTH EAST CARRIERS, INC., and respectfully request this Honorable Court dismiss all claims made against Defendants with prejudice pursuant to FEDERAL RULE OF CIVIL PROCEDURE 41(A)(2) and make the following stipulations in support thereof:

1. Plaintiff and Defendants have settled all of the pending claims, which were or may have been filed or brought in the above-referenced cause of action.

2. Plaintiff and Defendants have entered into a settlement agreement and release providing for the resolution of any and all claims which were filed in this matter or which could have been filed in this matter by Plaintiff against Defendants.

3. Plaintiff and Defendants agree to bear their own costs, expenses and fees incurred in this matter.

4. By the filing of this Motion to Dismiss with Prejudice, Defendants, JEFFERSON WHITFIELD and SOUTH EAST CARRIERS, INC., in no way admit or agree to any amount of fault or liability in connection with Plaintiff's claims.

5. Plaintiff and Defendants are making no admissions and only settling to buy their peace.

WHEREFORE, Plaintiff, DEBBIE NGUYEN and Defendants JEFFERSON WHITFIELD and SOUTH EAST CARRIERS, INC., respectfully request this Honorable Court dismiss this action as it pertains to Defendants, including any and all claims filed herein, with prejudice as to the filing of same, and each party to bear its own costs.

Respectfully submitted,

**DOW LAW FIRM, PLLC**

*/s/ By Permission J. Luke Dow*
J. Luke Dow
luke@dowlawfirm.com
State Bar No. 00793636
Jack Holtzman
jack@dowlawfirm.com
State Bar No. 24103338
4407 Bee Caves Road, Suite 222
Austin, Texas 78746
(512) 240-9951
(512) 240-9504 fax

**ATTORNEYS FOR PLAINTIFF**

~and~

**FEE, SMITH & SHARP LLP**

**BRIAN CANO**
State Bar No. 24045613
Southern District No.:622595
**STEPHEN MENGIS**
State Bar No. 24094842
Southern District No.: 2963023
2777 Allen Parkway, Suite 800
Houston, Texas 77019
Telephone: (713) 362-8300
Facsimile: (713) 362-8302

**ATTORNEYS FOR DEFENDANTS**

2

4883-8417-7623, v. 1

## CERTIFICATE OF SERVICE

THIS WILL CERTIFY that a true and correct copy of the foregoing instrument has been mailed, telecopied or hand delivered to all attorneys of record in this cause of action on the 19th day of August, 2024.

                                                                     _____
                                                                     **STEPHEN MENGIS**