United States District Court
Southern District of Texas
**ENTERED**
August 21, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| DEBBIE NGUYEN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | 3:23-cv-338 |
| | § | |
| JEFFERSON WHITFIELD, *et al.,* | § | |
| | § | |
| Defendants. | § | |
| | § | |

## ORDER OF DISMISSAL WITH PREJUDICE

Before the court is the parties' agreed motion to dismiss with prejudice. Dkt. 15. Having considered the motion the court hereby **DISMISSES WITH PREJUDICE** all claims and causes of action asserted by the plaintiffs against the defendants.

Each party to bear their own respective costs and attorneys' fees. Signed on Galveston Island this 21st day of August, 2024.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE